IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Richard D. Thomas, | ) | C/A No.: 1:10-1679-HFF-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| Michael J. Astrue, Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

    Defendant Michael J. Astrue, Commissioner of Social Security, by his undersigned attorneys, William N. Nettles, United States Attorney for the District of South Carolina, and Marvin J. Caughman, Assistant United States Attorney, has moved this court, pursuant to sentence four of 42 U.S.C. § 405(g), to enter judgment with an order remanding the case to the Commissioner for issuance of a fully favorable decision. [Entry #18]. Plaintiff consents to remand. [Entry #19].

    On order of the court, the Appeals Council will issue a fully favorable decision in Plaintiff's claim for disability benefits.

    Pursuant to the power of this court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's request for remand of this action, this court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands this case to the Commissioner for

issuance of a fully favorable decision as set out above. *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

    IT IS SO ORDERED.

March 18, 2011                                    Shiva V. Hodges
Florence, South Carolina                United States Magistrate Judge